BUTZ, J.,
Concurring and Dissenting. — “Naturally I concur in the majority opinion I have prepared for the court” (People v. Jones (1998) 17 Cal.4th 279, 319 [70 Cal.Rptr.2d 793, 949 P.2d 890] (cone. opn. of Mosk, J.)); “[obviously, I concur fully in the majority opinion I have authored” (Cowan v. Superior Court (1996) 14 Cal.4th 367, 378 [58 Cal.Rptr.2d 458, 926 P.2d 438] (cone. opn. of Chin, J.)).
I write separately to explain my disagreement with the chosen disposition that my colleagues favor. Upon determining on the merits that a defendant is not eligible for relief under Penal Code section 1170.126, the proper disposition should be to dismiss the matter because denial of the petition accordingly did not affect any substantial right of the defendant. (See People v. Elder (2014) 227 Cal.App.4th 1308, 1318, 1320-1321 [174 Cal.Rptr.3d 795] (cone. & dis. opn. of Butz, J.).)
Appellant’s petition for review by the Supreme Court was denied February 18, 2015, S223657.